UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS AMBRIZ,<br>　　　　Petitioner<br>　　v.<br>MONTGOMERY,<br>　　　　Respondent. | Case No. CV 16-1360-AB (GJS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: February 2, 2018　　　　_____
　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE